# Exhibit A

**Subject:** RE: FW: FOIA Request No. 21-01042-F
**From:** ED FOIA Manager <EDFOIAManager@ed.gov>
**Date:** 3/16/2021, 1:49 PM
**To:** "Jeremiah L. Morgan" <jmorgan@lawandfreedom.com>

Good afternoon,

We are processing your request based on your original clarification. We confirm we have accepted your request and there is no need to lessen the search. The appropriate action office and analyst have been assigned to your FOIA request 21-01042-F.

Please let us know if you have any further questions or if we can provide any further clarification.

Best,

ED FOIA MANAGER (Mary)

---

**From:** Jeremiah L. Morgan <jmorgan@lawandfreedom.com>
**Sent:** Tuesday, March 16, 2021 1:18 PM
**To:** ED FOIA Manager <EDFOIAManager@ed.gov>
**Cc:** JT Mastranadi <JT@citizensunited.org>; Dan Boyle <DanBoyle@citizensunited.org>; wjo@mindspring.com
**Subject:** Re: FW: FOIA Request No. 21-01042-F

ED FOIA Manager --

You stated that you "need a less broad search in order to complete the request." In our experience, searches in email can be conducted for all emails to and from a particular domain name such as "who.eop.gov." It appears that you are contending that your office is incapable of performing such a search. Please confirm whether our understanding that you are entirely unable to conduct the search is correct.

Best regards,
Jeremiah

On 3/9/2021 6:06 PM, ED FOIA Manager wrote:

> Good evening,
>
> Can you please specify a list of employees? I understand you would like employees that use the who.eop.gov domain. We need a less broad search in order to complete the request. If you haven't responded to this letter by 3-16-2021, your request will be administratively closed.
>
>
> Best,
>
> ED FOIA MANAGER (Mary)
>
> ---
>
> **From:** Jeremiah L. Morgan <jmorgan@lawandfreedom.com>
> **Sent:** Tuesday, March 9, 2021 1:21 PM
> **To:** ED FOIA Manager <EDFOIAManager@ed.gov>
> **Cc:** JT Mastranadi <JT@citizensunited.org>; Dan Boyle <DanBoyle@citizensunited.org>; wjo@mindspring.com
> **Subject:** Re: FW: FOIA Request No. 21-01042-F
>
>
> ED FOIA Manager --

Thank you for your prompt response.

As you point out, our request sought correspondence between a particular Education Department employee and any employee of the Executive Office of the President. We understand that relevant EOP employees use the who.eop.gov domain name for their email addresses. We presume that your system has the capability to search for emails to or from that particular domain name. Accordingly, please consider our client's request to be for all emails sent (which are not exempt from disclosure in whole or in part) to or from email addresses with the who.eop.gov domain name.

Best regards,
Jeremiah

On 3/5/2021 4:20 PM, ED FOIA Manager wrote:

> Good afternoon,
>
> In the FOIA request description it said "any employee of the Executive Office of the President." Would you mind clarifying what employees to specifically search for within the Executive Office of the President? After we receive this information, we will assign your request to the appropriate office(s) to search for documents responsive to your request. If you haven't responded to this letter by 3-12-2021, your request will be administratively closed.
>
> Best,
>
> ED FOIA MANAGER
>
> ---
>
> **From:** Jeremiah L. Morgan <jmorgan@lawandfreedom.com>
> **Sent:** Friday, March 5, 2021 3:50 PM
> **To:** ED FOIA Manager <EDFOIAManager@ed.gov>
> **Cc:** JT Mastranadi <JT@citizensunited.org>; Dan Boyle <DanBoyle@citizensunited.org>; wjo@mindspring.com
> **Subject:** Fwd: FW: FOIA Request No. 21-01042-F
>
>
> To ED FOIA Manager --
>
> We represent Citizens United, which submitted a FOIA request to your office on February 26, 2021.
>
> Your response to their request, set out below, asserts that you are unable to process the request because it does not reasonably describe the documents sought.
>
> We do not agree that the FOIA request does not reasonably describe the records requested.
>
> Our client's FOIA request was for email correspondence (with attachments) between Department of Education employee Claudia Chavez and the EOP during the period specified. It is not necessary to identify a particular topic to have "reasonably described" the records that may be located with a "reasonable amount of effort," but it appears from your response that no effort was made to determine whether responsive records exist.
>
> Please advise whether you now will conduct the search.
>
> Best regards,
> Jeremiah Morgan

**From:** ED FOIA Manager [mailto:EDFOIAManager@ed.gov]
**Sent:** Monday, March 1, 2021 5:53 PM
**To:** Dan Boyle
**Cc:** ED FOIA Manager
**Subject:** FOIA Request No. 21-01042-F

Bossie, David
Citizens United
1006 PENNSYLVANIA AVE SE
Washington, DC 20003

RE: FOIA Request No. 21-01042-F

Dear David Bossie,

This letter is in response to your request for information pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, dated 2-26-2021 and received in this office on 2-26-2021.

You requested the following:

**"In accordance with the Freedom of Information Act, I hereby request the following information: All emails and attached documents to or from White House Liaison Claudia Chavez and any employee of the Executive Office of the President. (Date Range for Record Search: From 01/20/2021 To 02/26/2021)"**

We are unable to process your request at this time, because your request does not reasonably describe the records that you have sought under the FOIA 5 U.S.C. § 552(a)(3)(A). In order to process your request, we need clarification of the information that you requested. The information needed is as follows:

***What is the topic of the e-mails you would like requested? What office/ people you would like searched?***

Once we receive the information, we will assign your request to the appropriate office(s) to search for documents responsive to your request. If you haven't responded to this letter by **3-08-2021**, your request will be administratively closed.

If you have any questions, please contact the FOIA Service Center (FSC) at 202-401-8365 or EDFOIAManager@ed.gov.

Best,

ED FOIA MANAGER (Mary)

```
       --
       William J. Olson, P.C., Attorneys at Law
       370 Maple Avenue West, Suite 4, Vienna, Virginia   22180-5615
       Phone: (703) 356-5070; Fax: (703) 356-5085
       114 Creekside Lane, Winchester, Virginia   22602-2429
       Phone: (540) 450-8777; Fax: (540) 450-8771
       <http://www.lawandfreedom.com>
--
William J. Olson, P.C., Attorneys at Law
370 Maple Avenue West, Suite 4, Vienna, Virginia   22180-5615
Phone: (703) 356-5070; Fax: (703) 356-5085
114 Creekside Lane, Winchester, Virginia   22602-2429
Phone: (540) 450-8777; Fax: (540) 450-8771
<http://www.lawandfreedom.com>
```

# Exhibit B

# Dan Boyle

| | |
|---|---|
| **From:** | EDFOIAManager@ed.gov |
| **Sent:** | Friday, February 26, 2021 10:51 AM |
| **To:** | Dan Boyle |
| **Subject:** | Request Acknowledgement by Department of Education |

Dear David Bossie,

Request #21-01042-F has been assigned to the request you submitted. In all future correspondence regarding this request, please reference FOIA tracking number 21-01042-F.

Please refer to the FOIA tracking number to check the status of your FOIA request at the link provided below:

https://foiaxpress.pal.ed.gov/app/CheckStatus.aspx

For any future correspondence, status updates or questions regarding your request, please contact the FOIA Public Liaison via email to EDFOIAManager@ed.gov.

Regards,

Department of Education,

Office of the Executive Secretariat

1

# Exhibit C

# Dan Boyle

**From:** Elise.Cook@ED.gov
**Sent:** Tuesday, March 16, 2021 5:13 PM
**To:** Dan Boyle
**Subject:** FOIA Request 21-01042-F Expedited Processing Determination
**Attachments:** Expedited Processing Template.pdf

Dear David N. Bossie,

Please find attached, the final response to your expedited processing request.

Thank you,

*Elise Cook*
*Government Information Specialist*
*FOIA Service Center*
*Office of the Secretary*
*U.S. Department of Education*
*(202) 401-8365*

1



**UNITED STATES DEPARTMENT OF EDUCATION**

OFFICE OF THE SECRETARY

FOIA Service Center

March 16, 2021

Mr. David N. Bossie
President
Citizens United
1006 Pennsylvania Ave SE
Washington, 20003

RE: FOIA Request No. 21-01042-F

Dear David N. Bossie:

This letter is in response to your request dated February 26, 2021, requesting information pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552. Your request was received in this office on March 10, 2021. Your request has been assigned to the Office of the Secretary within the Department to search for documents that may be responsive to your request.

You have asked for expedited processing of your request. That request is denied. The Department has concluded that you have not demonstrated a compelling need for the information. In addition, you have not substantiated that there is an urgency to inform the public concerning any actual or alleged Federal Government activity.

Enclosed with this letter is a general informational sheet for Expedited Processing. Should you still wish to claim that your request should be granted expedited processing, you must provide more specific and detailed evidence to support your claims under each statutory requirement described in our FOIA regulations available on the internet at: https://www2.ed.gov/policy/gen/leg/foia/foiatoc.html and outlined in the attachment to this letter.

You have the right to seek assistance and/or dispute resolution services from the Department's FOIA Public Liaison or the Office of Government Information Services (OGIS). The FOIA Public Liaison is responsible, among other duties, for assisting in the resolution of FOIA disputes. OGIS, which is outside the Department of Education, offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.

They can be contacted by:

|  | | |
|---|---|---|
| Mail | FOIA Public Liaison<br>Office of the Executive Secretariat<br>U.S. Department of Education<br>400 Maryland Ave., SW, LBJ 7C132<br>Washington, DC 20202-4500 | Office of Government Information Services<br>National Archives and Records Administration<br>8601 Adelphi Road, Room 2510<br>College Park, MD 20740-6001 |
| E-mail | robert.wehausen@ed.gov | OGIS@nara.gov |
| Phone | 202-205-0733 | 202-741-5770; toll free at 1-877-684-6448 |
| Fax | 202-401-0920 | 202-741-5769 |

Page 2 – David N. Bossie
FOIA Request 21-01042-F

Lastly, you have the right to appeal this determination. You must submit any appeal within 90 calendar days after the date of this letter. Using the services described above does not affect your right, or the deadline, to pursue an appeal. An appeal must be in writing and must include a detailed statement of all legal and factual bases for the appeal; it should be accompanied by a copy of this letter, the initial letter of request, and any documentation that serves as evidence or supports the argument you wish the Department to consider in resolving your appeal.

Appeals may be submitted using the on-line form available at www.ed.gov/policy/gen/leg/foia/foia-appeal-form.pdf.

Appeals can also be submitted by:
    E-mail:  EDFOIAappeals@ed.gov
    Fax:  202-401-0920
    Mail:  Appeals Office
          Office of the Executive Secretariat
          U.S. Department of Education
          400 Maryland Avenue, SW, LBJ 7W106A
          Washington, DC 20202-4500

If you have any questions, please contact the FOIA Requester Service Center at (202) 401-8365 or via e-mail at EDFOIAManager@ed.gov (please include the case number).

Sincerely,

Elise Cook
Government Information Specialist
Office of the Executive Secretariat

Enclosure

Freedom of Information Act
EXPEDITED PROCESSING CRITERIA
(Department of Justice General Information)

### Compelling Need

Expedited processing is provided if the requester demonstrates a compelling need. A requester can show compelling need in one of two ways: by establishing that his or her failure to obtain the records quickly could reasonable be expected to pose an imminent threat to the life or physical safety of an individual; or, if the requester is a person primarily engaged in disseminating information, by demonstrating that an urgency to inform the public concerning actual or alleged Federal Government activity exists.

### Loss of Substantial Due Process Rights

As a general rule, a request also should be expedited if it is shown that substantial due process rights of the requester would be impaired by the failure to process immediately and that the information sought is not otherwise available. It is not sufficient, however, for a requester merely to allege that requested records are needed in connection with some judicial or administrative proceeding; rather, the immediate use of the FOIA must be shown to be critical to the preservation of a substantial right.

### Other Considerations

Beyond these two categories, it is unclear to what extent agencies have the discretion to grant requests for expedition under any other circumstances. Moreover, agencies should not forget the interests of all requesters in having their requests treated equitably, as well as the public interest in the integrity of FOIA processing. Because a decision to take a FOIA request out of turn necessarily entails further delay for other requesters waiting patiently in line, simple fairness demands that it be made only upon careful scrutiny of truly exceptional circumstances.

# Exhibit 7

## Dan Boyle

**From:** Sandra.Lewandowski@ed.gov
**Sent:** Friday, April 2, 2021 8:37 AM
**To:** Dan Boyle
**Subject:** FOIA Request 21-01042-F 20 Day Status Notification
**Attachments:** 20 Day Notification.pdf

Dear David N. Bossie,

Please find attached above the 20 Day Status Notification to your FOIA request.

Thank you,

Sandra Lewandowski

FOIA Service Center
US Department of Education
(202) 401-8365



**UNITED STATES DEPARTMENT OF EDUCATION**

OFFICE OF THE SECRETARY

FOIA Service Center

April 5, 2021

Mr. David N. Bossie
President
Citizens United
Citizens United
1006 PENNSYLVANIA AVE SE
Washington, 20003

### RE: 20 –DAY NOTIFICATION 21-01042-F

Dear David N. Bossie:

This is the Department of Education's (the Department) initial determination letter to your request dated, February 26, 2021, seeking information pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552. Your request was forwarded to the appropriate office(s) within the Department for any responsive documents they may have.

We aim to complete your requests as promptly as possible. At this time, we are unable to provide an estimated completion date, but intend to provide records on a rolling basis as they become available. Should you wish to narrow the scope of your requests, this action may limit the number of potentially responsive records, and speed the necessary processing.

You can check on the status of your FOIA request at the link provided below:
https://foiaxpress.pal.ed.gov/app/CheckStatus.aspx

You have the right to seek assistance and/or dispute resolution services from the Department's FOIA Public Liaison or the Office of Government Information Services (OGIS). The FOIA Public Liaison is responsible, among other duties, for assisting in the resolution of FOIA disputes. OGIS, which is outside the Department of Education, offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.

They can be contacted by:

Page 2 - David N. Bossie
FOIA Request No. 21-01042-F

| Mail | FOIA Public Liaison<br>Office of the Executive Secretariat<br>U.S. Department of Education<br>400 Maryland Ave., SW, LBJ 7C132<br>Washington, DC 20202-4500 | Office of Government Information Services<br>National Archives and Records Administration<br>8601 Adelphi Road<br>College Park, MD  20740-6001 |
|---|---|---|
| E-mail | robert.wehausen@ed.gov | OGIS@nara.gov |
| Phone | 202-205-0733 | 202-741-5770; toll free at 1-877-684-6448 |
| Fax | 202-401-0920 | 202-741-5769 |

Sincerely

*Sandra Lewandowski*
Government Information Specialist
Executive Secretariat