IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:21-cv-01481 |
| | ) |
| U.S. DEPARTMENT OF EDUCATION, | ) |
| | ) |
| Defendant. | ) |

## ANSWER

Defendant United States Department of Education (the "Department") hereby answers the numbered paragraphs of the Plaintiff's Complaint as follows:

1.  The allegations contained in paragraph 1 consist of Plaintiff's legal conclusions regarding jurisdiction, to which no response is required.

2.  The allegations contained in paragraph 2 consist of Plaintiff's legal conclusions regarding venue, to which no response is required.

3.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 3.

4.  Defendant admits that the United States Department of Education is an agency of the United States Government headquartered at 400 Maryland Avenue S.W., Washington D.C. 20202.  The remaining allegations contained in paragraph 4 consist of legal conclusions, to which no response is required.

5.  Defendant admits that Plaintiff submitted a FOIA request to the Department dated February 26, 2021.  Defendant further admits the Department has not provided Plaintiff with a final response to its FOIA request.  Defendant denies that it has failed to respond to Plaintiff's

FOIA request. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remainder of the allegations in paragraph 5.

6. Defendant admits that it did not extend its deadline by an additional 10 working days, pursuant to 5 U.S.C. § 552(a)(6)(B)(iii). The remaining allegations in paragraph 6 consist of conclusions of law, to which no response is required.

7. Paragraph 7 consists of conclusions of law, to which no response is required.

8. Admitted.

9. Defendant admits that Plaintiff requested expedited processing of the FOIA Request and that, in this request, Plaintiff identified itself as a member of the media. The remaining allegations in paragraph 9 are conclusions of law, to which no response is required.

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted.

15. Admitted.

16. Defendant admits that, on March 16, 2021, counsel for Plaintiff by email replied to the Department's March 9, 2021 email. Defendant denies the remainder of the allegations in paragraph 16. Defendant respectfully refers the Court to the referenced email for a full and accurate statement of its contents.

17. Admitted.

18. Admitted.

19. Admitted.

20. Defendant admits that the Department has not yet produced "a single responsive record" to Plaintiff and that it has not yet asserted any claims that responsive records, if any, are exempt from production in response to Plaintiff's FOIA request. The remaining allegations in paragraph consist of conclusions of law, to which no response is required.

21. Defendant realleges and incorporates by reference its responses to paragraphs 1 through 20 of the Complaint.

22. Paragraph 22 contains conclusions of law, to which no response is required. To the extent a response is deemed required, Defendant denies the allegations.

23. Paragraph 23 contains conclusions of law, to which no response is required. To the extent a response is deemed required, Defendant denies the allegations.

The unnumbered paragraph beginning with "WHEREFORE" sets forth Plaintiff's ultimate conclusions of law and prayer for relief, to which no response is required. To the extent a response is required, Defendant denies that Plaintiff is entitled to any of the relief it seeks, or to any relief whatsoever.

Each and every allegation of the Complaint not heretofore expressly admitted or denied is hereby denied.

## AFFIRMATIVE DEFENSES

Plaintiff is not entitled to compel the production of records exempt from disclosure by one or more of the exemptions to the FOIA, 5 U.S.C. § 552.

Dated: July 7, 2021                    Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Acting Assistant Attorney General

                                        MARCIA BERMAN
                                        Assistant Director, Federal Programs Branch

*/s/ Olivia Hussey Scott*
Olivia Hussey Scott
Senior Counsel, Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., Rm. 7309
Washington, D.C. 20001
Telephone:  (202) 616-8491
Fax:  (202) 616-8470
Email:  Olivia.Hussey.Scott@usdoj.gov

*Counsel for Defendant*