IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED, )<br>    )<br>        Plaintiff, )<br>    )<br>v.       )     Case No. 1:21-cv-01481<br>    )<br>U.S. DEPARTMENT OF EDUCATION, )<br>    )<br>        Defendant. ) | |

**JOINT STATUS REPORT AND PROPOSED SCHEDULE**

The parties, by counsel, respectfully submit this Joint Status Report and Proposed Schedule in response to the Court's November 23, 2021 Minute Order.

1.   Plaintiff filed the above-captioned lawsuit against the U.S. Department of Education ("the Department") on June 1, 2021. ECF No. 1, Complaint. The Department answered the complaint on July 7, 2021. ECF No. 4, Answer.

2.   Pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, Plaintiff seeks the production of emails and attached documents to or from White House Liaison Claudia Chavez and any employee of the Executive Office of the President with an email address that includes the who.eop.gov domain name. The time period for Plaintiff's FOIA request is January 20, 2021 to February 26, 2021.

3.   The Department has completed its search and identified 6,594 pages of potentially responsive material, which it has already begun reviewing to determine if any are responsive to Plaintiff's request and, if so, whether any exemptions to disclosure apply under the FOIA. At present, the Department has processed over 4,000 pages of potentially responsive material and it continues to process the potentially responsive material on a rolling basis at a rate of 500 pages

per month. The Department anticipates continuing its processing at that rate until it completes the review of all the potentially responsive material. To date, the pages processed have required consultation with other entities with equities in the records before the Department can make a final decision regarding the release or withholding of the pages. The Department has requested those consultations on a rolling basis and, once completed, the Department is working to make final decisions and provide interim responses to Plaintiff.

4. The Department provided its first interim response letter to Plaintiff on November 22, 2021, and is working now to finalize its second interim response letter.

5. In light of the Department's continued work, the parties respectfully propose that they continue filing joint status reports on a regular basis to update the Court on the Department's progress and that the next joint status report be due on or before May 6, 2022.

Dated: February 4, 2022                    Respectfully submitted,

                                           BRIAN M. BOYNTON
                                           Acting Assistant Attorney General

                                           MARCIA BERMAN
                                           Assistant Director, Federal Programs Branch

                                           /s/ Olivia Hussey Scott
                                           Olivia Hussey Scott
                                           Senior Counsel, Federal Programs Branch
                                           U.S. Department of Justice, Civil Division
                                           20 Massachusetts Ave., Rm. 7309
                                           Washington, D.C. 20001
                                           Telephone: (202) 616-8491
                                           Fax: (202) 616-8470
                                           Email: Olivia.Hussey.Scott@usdoj.gov
                                           *Counsel for Defendant*

                                           /s/ Jeremiah L. Morgan
                                           Jeremiah L. Morgan
                                           (D.C. Bar No. 1012943)
                                           Robert J. Olson

(D.C. Bar No. 1029318)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, Va 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
wjo@mindspring.com (e-mail)
*Counsel for Plaintiff*
CITIZENS UNITED